| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2019 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Varlan, Thomas A. | 2. Court or Organization  U.S. District Court, E. Tenn. | 3. Date of Report  10/16/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U. S. District Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination Date  ☐ Initial ✔ Annual ☐ Final  5b. ✔ Amended Report | 6. Reporting Period  01/01/2019 **to** 12/31/2019 |
| 7. Chambers or Office Address  U. S. District Court 800 Market Street Knoxville, TN 37902 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board | University of Tennessee, Department of Political Science |
| 2. | Associate Board | University of Tennessee, College of Arts and Sciences |
| 3. | Executor | Angelos Charitable Trust -- Assets Listed in Part VII. |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | East Tennessee Children's Hospital - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Varlan, Thomas A. | 10/16/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Varlan, Thomas A. | 10/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Bank Accounts | B | Interest | K | T | | | | | |
| 2. Ameriprise Insured Money Market | A | Int./Div. | J | T | | | | | |
| 3. Coca Cola Common Stock | C | Dividend | M | T | | | | | |
| 4. Blackrock Strategic Income Opptys Cl A | A | Dividend | J | T | | | | | |
| 5. Columbia AMT-Free Intl. Mun Bond Cl A | A | Dividend | | | Sold | 06/20/19 | J | A | |
| 6. Columbia Floating Rate Instl CL | A | Dividend | J | T | | | | | |
| 7. Goldman Sachs Small Mid Cap Growth Investor CL | A | Dividend | J | T | | | | | |
| 8. Vanguard Total Stock Market ETF | A | Dividend | | | Sold | 06/20/19 | J | A | |
| 9. Ivy Intl Core Equity Cl I | A | Dividend | J | T | | | | | |
| 10. Lord Abbett Short Duration Income Cl L | A | Dividend | J | T | | | | | |
| 11. Lord Abbett Short Duration Income CL | A | Dividend | | | Sold | 06/20/19 | J | A | |
| 12. PGIM Total Return Bnd Cl Z | A | Dividend | J | T | Buy | 06/20/19 | J | | |
| 13. -PGIM Short Term Corp Bond CLZ | A | Dividend | J | T | Sold (part) | 06/20/19 | J | | |
| 14. Strategic Portfolio Service Advantage IRA - 1 | B | Dividend | K | T | | | | | |
| 15. - Ameriprise Bank Insured Sweep Acct. | A | Interest | J | T | | | | | |
| 16. -Blackrock Strategic Income Opptys Cl A | A | Dividend | J | T | | | | | |
| 17. -Multi Mgr Value Strategies Cl A | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Varlan, Thomas A. | 10/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | - Active Portfolio Multi Manager Small Cap Equity Cl A | A | Dividend | J | T | | | | | |
| 19. | -Multi Manager Growth Strategies C | A | Dividend | J | T | Buy | 05/16/19 | J | | |
| 20. | - Active Portfolio Multi Manager Total Return Bond Cl A | A | Dividend | J | T | | | | | |
| 21. | - Active Portfolio Multi Manager Growth Cl A | A | Dividend | J | T | | | | | |
| 22. | - MultiMgr Intl Equity Strategies Inst C | A | Dividend | J | T | | | | | |
| 23. | - Delaware U S Growth Instl Cl | A | Dividend | J | T | | | | | |
| 24. | - MFS Intr. Value Cl A | A | Dividend | J | T | | | | | |
| 25. | - MFS Value Cl A | A | Dividend | J | T | | | | | |
| 26. | - MFS Mid Cap Growth Cl | A | Dividend | J | T | Buy | 11/14/19 | J | | |
| 27. | -PGIM Jennison Mid Cap rowth CL Z | A | Dividend | | | Sold | 11/14/19 | J | A | |
| 28. | - Wells Fargo Emerging Markets Equity Cl A | A | Dividend | J | T | | | | | |
| 29. | - Wells Fargo Special Mid Cap Value Cl A | A | Dividend | J | T | | | | | |
| 30. | -Ishares Core MSCI Emerging Markets | A | Dividend | J | T | Buy | 11/14/19 | J | | |
| 31. | Strategic Advantage Service Portfolio IRA - 2 | A | Dividend | K | T | | | | | |
| 32. | - Ameriprise Bank Insured Sweep Account | A | Interest | J | T | | | | | |
| 33. | - Blackrock Strategic income Opptys Cl A | A | Dividend | J | T | | | | | |
| 34. | - Active Portfolio Multi Manager Small Cap Equity Cl A | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Varlan, Thomas A. | 10/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Multimanager Total Return Bond Strategies CL A | A | Dividend | J | T | Buy | 11/14/19 | J | | |
| 36. - Multimanager Value Strategies CL Z | A | Dividend | J | T | | | | | |
| 37. - Multimanager Instl Equity Strategies Instl Cl | A | Dividend | J | T | | | | | |
| 38. - MFS Intr. Value Cl A | A | Dividend | J | T | | | | | |
| 39. - MFS Value Cl A | A | Dividend | J | T | | | | | |
| 40. -MFS Mid Cap Growth | A | Dividend | J | T | Buy | 11/14/19 | J | | |
| 41. - Wells Fargo Emerging Markets Equity Cl A | A | Dividend | J | T | | | | | |
| 42. - Wells Fargo Special Mid Cap Value Cl A | A | Dividend | J | T | | | | | |
| 43. -Delaware U S Growth Instl Cl | A | Dividend | J | T | | | | | |
| 44. -Multi Manager Growth Strategies Cl Z | A | Dividend | J | T | | | | | |
| 45. -Ishares Core MSCI Emerging Markets ETF | A | Dividend | J | T | Buy | 11/14/19 | J | | |
| 46. Angelos Charitable Trust | E | Int./Div. | P1 | T | Open | 02/24/19 | J | | |
| 47. -Angelos Residence | | None | | | Open | 10/22/19 | M | | |
| 48. - Ameriprise Investment Account | E | Int./Div. | P1 | T | Open | 10/22/19 | P1 | | |
| 49. ---Ameriprise Insured Money Market Fund | B | Interest | K | T | Open | 10/22/19 | K | | |
| 50. ---Invesco Oppenheimer Developing Markets Cl Y | A | Dividend | J | T | Open | 10/22/19 | J | | |
| 51. ---Blackrock Total Return Instl. | B | Dividend | L | T | Open | 10/22/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Varlan, Thomas A.** | 10/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   ---Blackrock Strategic Mun. Oppty. Instl. Cl | A | Dividend | K | T | Open | 10/22/19 | K | | |
| 53.   ---Blackrock Strategic Income Opps. Instl. | B | Dividend | K | T | Open | 10/22/19 | K | | |
| 54.   ---Columbia Floating Rate Inst. CL | B | Dividend | K | T | Open | 10/22/19 | K | | |
| 55.   ---JP Morgan Global Bond Oppts. | A | Dividend | K | T | Open | 10/22/19 | K | | |
| 56.   ---John Hancock International Growth | A | Dividend | K | T | Open | 10/22/19 | K | | |
| 57.   ---Lord Abbott Ultra Short Bond | D | Dividend | N | T | Open | 10/22/19 | N | | |
| 58.   ---Pimco Income Cl 12 | B | Dividend | K | T | Open | 10/22/19 | K | | |
| 59.   ---AT&T, Inc. | C | Dividend | L | T | Open | 10/22/19 | L | | |
| 60.   ---Berkshire Hathaway, Inc. Cl | B | Dividend | K | T | Open | 10/22/19 | K | | |
| 61.   ---Chevron, Inc. | A | Dividend | J | T | Open | 10/22/19 | J | | |
| 62.   ---Pepsico, Inc. | A | Dividend | J | T | Open | 10/22/19 | J | | |
| 63.   ---Verizon Communications, Inc. | A | Dividend | J | T | Open | 10/22/19 | J | | |
| 64.   ---Ishares Core S&P 500 ETF | B | Dividend | L | T | Open | 10/22/19 | J | | |
| 65.   ---Ishares S&P Mid Cap ETF | A | Dividend | K | T | Open | 10/22/19 | K | | |
| 66.   ---Ishares Core S&P Small Cap | A | Dividend | J | T | Open | 10/22/19 | J | | |
| 67.   ---Ishares Edge MSCI Min Volatility | C | Dividend | K | T | Open | 10/22/19 | K | | |
| 68.   ---Bellsouth Corp Not Make Whole | A | Dividend | J | T | Open | 10/22/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Varlan, Thomas A. | 10/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  ---Van Kampen Invt Grade Mun Tr | A | Interest | J | T | Open | 10/22/19 | J | | |
| 70.  Patricia Angelos IRA | C | Int./Div. | N | T | Open | 10/22/19 | J | | |
| 71.  --Ameriprise Insured Money Market` | A | Interest | K | T | Open | 10/22/19 | J | | |
| 72.  --Invesco Oppenheimer Developing Markets | A | Dividend | J | T | Open | 10/22/19 | J | | |
| 73.  --Blackrock TotalReturn Instl. | B | Dividend | K | T | Open | 10/22/19 | K | | |
| 74.  --Blackrock Strategic Mun. Opptys. Instl. | A | Dividend | J | T | Open | 10/22/19 | J | | |
| 75.  --Blackrock Strategic Income Opptys. Instl. | A | Dividend | K | T | Open | 10/22/19 | K | | |
| 76.  --Columbia Floating Rate Inst. Cl. | A | Dividend | J | T | Open | 10/22/19 | J | | |
| 77.  --John Hancock Intl. Growth Cl | A | Dividend | K | T | Open | 10/22/19 | K | | |
| 78.  --Pimco Income CL 12 | A | Dividend | K | T | Open | 10/22/19 | K | | |
| 79.  --AT&T, Inc. | D | Dividend | M | T | Open | 10/22/19 | M | | |
| 80.  --Berkshire Hathaway, Inc. | A | Dividend | J | T | Open | 10/24/19 | J | | |
| 81.  --Pfizer, Inc. | A | Dividend | J | T | Open | 10/24/19 | J | | |
| 82.  --Ishares Core S&P 500 ETF | A | Dividend | K | T | Open | 10/24/19 | K | | |
| 83.  --Ishares Core S&P Mid Cap ETF | A | Dividend | J | T | Open | 10/24/19 | J | | |
| 84.  --Ishares Core S&P Small Cap ETF | A | Dividend | J | T | Open | 10/24/19 | J | | |
| 85.  --Ishares Edge MSCI Min. Volatility ETF | A | Dividend | J | T | Open | 10/24/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Varlan, Thomas A. | 10/16/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Varlan, Thomas A.** | 10/16/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The residence held in the Angelos Charitable Trust was sold 2/24/2019 and proceeds deposited in the Angelos Charitable Trust Ameriprise Investment Account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas A. Varlan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544